**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:18-cv-00503-JRG-RSP |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Plaintiff Uniloc 2017 LLC filed a Motion to Dismiss under Rule 41 on June 5, 2020. Dkt. No. 290. In the motion, Uniloc voluntarily sought dismissal of the case but did not indicate whether it would be with or without prejudice. Defendant Google LLC responded to the motion on June 10, 2020, stating that it was not opposed to the dismissal but that the dismissal should be with prejudice. Dkt. No. 292.

It is therefore **ORDERED** that Uniloc has until June 18, 2020, to file any opposition it may have to the case being dismissed with prejudice.

**SIGNED this 15th day of June, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE