**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

UNILOC 2017 LLC

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 2:18-cv-00493-JRP-RSP
Case No. 2:18-cv-00497-JRG-RSP
Case No. 2:18-cv-00503-JRG-RSP

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION FOR FEES AND COSTS PURSUANT TO 28 U.S.C. § 1927**

Uniloc's Opposition to Google's Motion for Fees and Costs Pursuant to 28 U.S.C. § 1927 ("1927 Opposition") confirms that Uniloc "unreasonably and vexatiously" multiplied the proceedings in each of the Dismissed Cases, which warrants an award of sanctions.

**A. Uniloc Filed and Maintained Implausible, Bad Faith Infringement Claims**

Uniloc's 1927 Opposition (Dkt. 306)[1] consists of self-serving assertions that conflict with the facts of the Dismissed Cases. [REDACTED]

Uniloc says [REDACTED]

[1] Docket citations are to the 503 case unless noted otherwise.

### B. Uniloc Unreasonably Prolonged Litigation by Delaying Source Code Review

Uniloc's delays in reviewing source code further extended this litigation unreasonably and unnecessarily. Reviewing source code was key to these cases, but Uniloc did not do so until May 26, 2020—***over ten months*** after Google made its source code available on July 15, 2019. Dkt. 299 at 4. [redacted]

Uniloc also attempts to avoid sanctions by accusing Google of [redacted]

---

[2] Google produced over 24,000 pages of documents on July 15, 2019, and completed over 85% of its total production by November 25, 2019. *E.g.*, Dkt. 230 at 4. [redacted]

Google provided source code that proved non-infringement. Throughout the Dismissed Cases, Uniloc never challenged what Google said about how its code production proved non-infringement. Uniloc's argument that yet more should have been produced should be seen for what it is—an excuse to engage in meritless litigation as long as possible. Uniloc simply ignored the source code available to it, pursuing a "head-in-the-sand approach" that warrants sanctions under § 1927. *See, e.g.*, *Fred A. Smith Lumber Co. v. Edidin*, 845 F.2d 750, 753 (7th Cir. 1988).

**C. Uniloc's Unreasonable Ignorance of Google's Document Productions Is No Defense to Sanctions**

[redacted]

---

[redacted]

**D.** [redacted]

Uniloc also selectively points to the prior conduct of Uniloc 2017 and predecessor Uniloc entities to distinguish *Electronic Communication Technologies, LLC v. ShoppersChoice.com, LLC*, 963 F.3d 1371 (Fed. Cir. 2020), but this too misses the mark. Dkt. 306 at 10. [redacted]



[redacted]. [redacted]; *Eon-Net LP v. Flagstar Bancorp*, 653 F.3d 1314, 1327 (Fed. Cir. 2011) (characterizing $75,000 as "a nuisance value settlement"). [redacted]

**E. [redacted]**

T[redacted]

Accordingly, sanctions under Section 1927 are appropriate, and the Etheridge firm should be jointly and severally liable for Google's attorney fees and non-taxable costs as set forth in each of Google's Fee Motions.

---

[3] Citations to the "Lee Decl." refer to the Declaration of Nicholas H. Lee in Support of Defendant Google LLC's Reply in Support of Its Motion for Fees and Costs Pursuant to 28 U.S.C. § 1927, filed concurrently herewith. Citations to "Ex. __" are to the exhibits attached to the Lee Decl. unless noted otherwise.

Dated: September 9, 2020

Respectfully submitted,

*/s/ Robert Unikel with permission, by Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Robert Unikel
robertunikel@paulhastings.com
Michelle Marek Figueiredo (IL Bar #6297112)
michellemarek@paulhastings.com
Matthew Richard Lind (IL Bar #6327241)
mattlind@paulhastings.com
John A. Cotiguala (IL Bar #6311056)
johncotiguala@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Dr., 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Elizabeth L. Brann (CA Bar #222873)
elizabethbrann@paulhastings.com
Ariell Nicole Bratton (CA Bar #317587)
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Robert Laurenzi (NY Bar #3024676)
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue, 26th Floor
New York, NY 10166
Telephone: (212) 318-6000

Facsimile: (212) 318-6100

*ATTORNEYS FOR DEFENDANT GOOGLE LLC IN 18-cv-497-JRG-RSP*

Dated: September 9, 2020

Respectfully submitted,

*/s/ Tharan Gregory Lanier, with permission by Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Michael C. Hendershot
mhendershot@jonesday.com
Tharan Gregory Lanier
tglanier@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939

Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939

Tracy Stitt
tastitt@jonesday.com
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939

*ATTORNEYS FOR DEFENDANT GOOGLE LLC IN 18-cv-493-JRG-RSP*

Dated: September 9, 2020

Respectfully submitted,

*/s/ Nicholas H. Lee, with permission by Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Michael A. Berta
Michael.berta@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3277

Nicholas H. Lee
Nicholas.lee@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Tel: 213-243-4156

David A. Caine
David.Caine@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Tel: 650-319-4710

Nicholas M. Nyemah
nicholas.nyemah@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743

Tel: 202-942-6681

*ATTORNEYS FOR DEFENDANT GOOGLE LLC IN 18-cv-503-JRG-RSP*

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the foregoing document and all supporting declarations and exhibits thereto are being filed under seal pursuant to the terms of the Protective Order.

*/s/ Michael E. Jones*
Michael E. Jones

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on September 9, 2020.

I also hereby certify that all counsel of record who have consented to electronic service are being served with a notice of filing of this document, under seal, pursuant to L.R. CV-5(a)(7) on September 9, 2020.

*/s/ Michael E. Jones*
Michael E. Jones