**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Civil Action No. 2:18-cv-00503-JRG |

**DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION FOR AN
AWARD OF FEES AND COSTS PURSUANT TO 35 U.S.C. § 285**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**A.**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████

    **B.**    **Uniloc's Arguments Confirm that Its Infringement Theory Was Implausible**

Uniloc's 285 Opposition confirms that it willfully or recklessly ignored the intrinsic record and Google's internal documents, rendering this case exceptional.

As explained above, ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

2

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████. *MarcTec*, 664 F.3d at 919–20.

██████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████

███████████████████████████████████████

---

[1] ████████████████████████████████████
████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████.

**C.**   ████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

---

████████████████████; *Hakin v. Cannon Avent Grp., PLC*, 479 F.3d 1313, 1320 (Fed. Cir. 2007) (excluding untimely expert declaration that the court found "self-serving, [and] biased").

[2] Citations to "Ex. __" are to the exhibits attached to the Declaration of Michael A. Berta in Support of Google's Reply in Support of Its Motion for an Award of Fees and Costs Pursuant to 35 U.S.C. § 285, filed concurrently herewith.

4

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Uniloc's attempt to shift the burden to Google to provide notice of non-infringement as a defense to awarding fees has been rejected by Uniloc's own cited authority. *Stone Basket Innovations, LLC v. Cook Med. LLC*, 892 F.3d 1175, 1182–83 (Fed. Cir. 2018) (acknowledging that a purported lack of notice does not excuse plaintiff's "willful ignorance or failure to assess the soundness of pending claims."); *see also Thermolife Int'l LLC v. GNC Corp.*, 922 F.3d 1347, 1358 (Fed. Cir. 2019) (holding that no "such notice is rigidly required" to award fees).

### D. Uniloc's Other Arguments Lack Merit

Uniloc's other arguments similarly lack merit. For instance,  Dkt. 118 at 14–15; 125 at 9 & n.7; Ex. 26 at 3.

Finally, Uniloc's accusations about the conduct of an attorney from a different firm in a different case are irrelevant.

For the foregoing reasons, Google respectfully requests that this Court grant its 285 Motion.

5

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

DATED: September 9, 2020                     Respectively submitted,

*/s/ Nicholas H. Lee, with permission by*
*Michael E. Jones*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Patrick Colbert Clutter, IV
State Bar No. 24036374
patrickclutter@potterminton.com
E Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

Michael A. Berta
Michael.berta@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

Nicholas H. Lee
Nicholas.lee@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Tel: 213-243-4000
Fax: 213-243-4199

David A. Caine
David.Caine@arnoldporter.com
Bonnie Phan
Bonnie.Phan@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

3000 El Camino Real Five Palo Alto Square, Suite 500
Palo Alto, CA  94306-3807
Tel: 650-319-4500
Fax: 650-319-4700

Nicholas M. Nyemah
nicholas.nyemah@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001-3743
Tel: 202-942-5000
Fax: 202-942-5999

Mark Samartino
mark.samartino@arnoldporter.com
ARNOLD & PORTER
KAYE SCHOLER LLP
70 West Madison Street Suite 4200
Chicago, IL  60602-4231
Tel: 312-583-2300
Fax: 312-583-2360

*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on September 9, 2020.

I also hereby certify that all counsel of record who have consented to electronic service are being served with a notice of filing of this document, under seal, pursuant to L.R. CV-5(a)(7) on September 9, 2020.

*/s/ Michael E. Jones*

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

I certify that the foregoing document is authorized to be filed under seal pursuant to the Protective Order entered in this case.

*/s/ Michael E. Jones*